1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:  STEVEN WAYNE BONILLA              No. 2:24-cv-02216-JAM-CSK

12                                              No. 2:24-cv-02219-JAM-CSK

13                                              No. 2:24-cv-02324-JAM-CSK

14                                              No. 2:24-cv-02325-JAM-CSK

15                                              No. 2:24-cv-02327-JAM-CSK

16                                              No. 2:24-cv-02330-JAM-CSK

17                                              No. 2:24-cv-02336-JAM-CSK

18                                              No. 2:24-cv-02337-JAM-CSK

19                                              No. 2:24-cv-02339-JAM-CSK

20                                              No. 2:24-cv-02341-JAM-CSK

21

22

23

24                                              **ORDER**

25

26

27        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

                                              1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5  the Court to open a new case for each attempted new pleading and assign it to the Court for

6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9  finds they are related to Plaintiff's Alameda County criminal conviction.

10        Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02216, 2:24-cv-02219, 2:24-cv-

11  02324, 2:24-cv-02325, 2:24-cv-02327, 2:24-cv-02330, 2:24-cv-02336, 2:24-cv-02337, 2:24-cv-

12  2339 and 2:24-cv-02341 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these

13  cases.  **No further filings will be accepted**.

14

15   Dated: September 06, 2024                      /s/ John A. Mendez
                                                   _____
16                                                 THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2